*FLN (Rev. 4/2004) Deficiency Order*                                                                                    Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MADELINE W. MCANDREW, et al.

       vs                                                            Case No. 3:08cv294-MCR/MD

DANIEL G. NOLEN, et al.

_____

## ORDER

**PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR REMAND (electronically filed 8/21/2008, doc.13)**, was referred to the undersigned with the following deficiencies:

> No reply memoranda shall be filed absent a showing of good cause and upon leave of the court. [*See* NDFL Local Rule 7.1(C)(2)]

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies.

DONE and ORDERED this <u>22nd</u> day of August, 2008.

                                     /s/ *M. Casey Rodgers*
                                     M. CASEY RODGERS
                                     UNITED STATES DISTRICT JUDGE