UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MADELINE W. McANDREW and
MICHAEL McANDREW,

    Plaintiffs,

vs.                                        CASE NO.: 3:08cv294/MCR/MD

DANIEL G. NOLEN, et al.,

    Defendants.
_____/

**O R D E R**

It has come to the court's attention that a second Initial Scheduling Order was entered in this matter on July 30, 2008. (Doc. 10). Although inadvertently entered, the July 30, 2008, order shall supercede the Initial Scheduling Order entered on July 14, 2008. Accordingly, the Initial Scheduling Ordered entered July 14, 2008, (doc. 3) is hereby vacated.

**DONE and ORDERED** this 28th day of August, 2008.

                                                    *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **UNITED STATES DISTRICT JUDGE**